UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>SEAN WYGOVSKY and CHRISTOPHER MATTHAEI,<br><br>Defendants. | Civil Action No. 23-01810 (MAS) (RLS)<br><br>ORDER ADMITTING MICHAEL J. TUTEUR<br>*PRO HAC VICE* |

**THIS MATTER** having been opened to the Court upon the consent motion of Christopher A. DeGennaro, attorney for Defendant Christopher Matthaei, the declaration of the sponsoring attorney, and the declaration of Michael J. Tuteur in support;

**IT IS** on this 31st day of May 2023 **HEREBY ORDERED** that:

1. Michael J. Tuteur is admitted to appear *pro hac vice* as counsel for Defendant Christopher Matthaei in the above-captioned case in the District Court of New Jersey for all purposes on behalf of Defendant; and

2. That all pleadings, briefs, and other papers filed with the Court on behalf of Defendant shall be signed by Christopher A. DeGennaro, who is a member in good standing of the Bar of this Court, who shall be responsible for said papers, unless the rules or the Court provides otherwise, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and

3. That Michael J. Tuteur shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and

4. That Michael J. Tuteur shall send $150.00 to the Clerk, United States District Court for the District of New Jersey, for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and

5. That Michael J. Tuteur shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules, and to notify the Court immediately of any matter affecting his standing at the bar of any other court; and

6. That the Clerk of the Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and

7. That the Clerk is hereby directed to **TERMINATE** the motion pending at Docket Entry No. 9.

**SO ORDERED**

/s/ Rukhsanah L. Singh
_____
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**