**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

               v.

CHRISTOPHER MATTHAEI, *et al.*,

               Defendants.

Civil Action No. 23-1810 (MAS) (RLS)

**ORDER**

This matter comes before the Court upon the United States of America's (the "Government") unopposed Motion for Leave to Intervene and for a Stay. (ECF No. 11.) The Court has considered the parties' submissions and decides the motion without oral argument pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion, and for other good cause shown,

    **IT IS**, on this <u>24th</u> day of April 2025, **ORDERED** as follows:

1.     The Government's Motion for Leave to Intervene and for a Stay (ECF No. 11) is **GRANTED**.

2.     The Clerk of Court shall **STAY** and **ADMINISTRATIVELY TERMINATE** this matter.

 

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE